UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FIRST CHOICE SOURCING SOLUTIONS, LLC,

*Plaintiff,*

— against —

FUTURE TIRE COMPANY, LTD.,

*Defendant.*

**20-CV-1299 (ARR) (AYS)**

**Opinion & Order**

**Not for electronic or print publication**

---

ROSS, United States District Judge:

This Court has received the Report and Recommendations, dated December 16, 2020, from the Honorable Anne Y. Shields, United States Magistrate Judge, regarding plaintiff's motion for default judgment and defendant's motion to vacate the entry of default. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH) (LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendations in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, defendant's motion to vacate the entry of default is granted, and plaintiff's motion for default judgment is denied as moot.

SO ORDERED.


_____/s/_____
Allyne R. Ross
United States District Judge


Dated:          January 3, 2021
                Brooklyn, New York